CINCINNATI BAR ASSOCIATION *v.* WOLOSIN.

[Cite as *Cincinnati Bar Assn. v. Wolosin* (1995), 71 Ohio St.3d 611.]

(No. 94–1375—Submitted January 10, 1995—Decided March 22, 1995.)

*Rebecca K. Kaye* and *Thomas R. Smith,* for relator.

*Kondritzer, Gold, Frank & Crowley Co., L.P.A.,* and *Mark R. Naegel,* for respondent.

*Per Curiam.* We have thoroughly reviewed the record and agree with the board's findings of misconduct and its recommendation. Respondent is therefore suspended from the practice of law in Ohio for two years, but the suspension is

stayed, and respondent is placed on probation under the conditions set by the board.   Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.